IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES HERNANDEZ, JR.,     No. C 12-0177 CW (PR)
AKA GILBERT ROBLES, JR.,

            ORDER OF TRANSFER

       Petitioner,

   v.

COURT,

       Respondent.
                                                  /

     Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It appears from the allegations in the petition that Petitioner is challenging the validity of his conviction, which was obtained in Riverside County Superior Court.

     A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

     Here, Petitioner was convicted in Riverside County Superior Court, which is in the venue of the Central District of California. See 28 U.S.C. § 84(c)(1). Accordingly, that is the proper venue for this action.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Central District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: 1/23/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE